IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00387-PAB-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.     PHILIP A. MARTINEZ,

      Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court on Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to the Probation Department pursuant  Fed.R.Crim.P. 6(e)(3)(E)(i).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that Plaintiff's motion is granted, and that testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the probation officer assigned to this case and any others within the Probation Department assisting her in the performance of her duties relating to this case. It is further

ORDERED that such materials shall only be used in the preparation of the Presentence Investigation Report in this case; that such materials may be disclosed only to the probation officer assigned to this case and any others within the Probation Department assisting her in the performance of her duties relating to this case; that the materials may not be copied or disseminated;

and that any material provided pursuant to this order shall be returned to the plaintiff at the completion of the case.

DATED October 9, 2009.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge