IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00387-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  PHILIP A. MARTINEZ,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the sentencing hearing previously scheduled for **January 22, 2010 at 1:30 p.m.** is vacated and rescheduled for **September 10, 2010 at 10:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED December 2, 2009.