**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 11, 2011 |
| Court Reporter: Janet Coppock | Time: 34 minutes |
| Probation Officer: Susan Heckman | Interpreter: n/a |

**CASE NO.  09-CR-00387-PAB-02**

<u>Parties</u>                                                                  <u>Counsel</u>

**UNITED STATES OF AMERICA,**                      Linda Kaufman
                                                                               Special Agent Scott Doner

        Plaintiff,

vs.

**2.  PHILIP A. MARTINEZ,**                                 John Kusic


        Defendant.

**SENTENCING**

**1:33 p.m.        COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Comments by Ms. Kaufman in support of **Government's Motion for Downward Departure  Pursuant to 5K1.1 (Doc #189), filed 3/2/11.**

Comments by Mr. Kusic.

Page Two
09-CR-00387-PAB-02
March 11, 2011

Court states its findings.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #189), filed 3/2/11, is **GRANTED**.

Mr. Kusic addresses sentencing.

Ms. Kaufman addresses sentencing.

Mr. Martinez addresses the Court.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **October 7, 2010** to counts **1, 16 and 19 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **50** months, as to counts 1, 16, and 19, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility with the appropriate security designation within the state of Colorado and, if possible, one close to Denver**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years, as to counts 1, 16, and 19, to be served concurrently.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.

Page Three
09-CR-00387-PAB-02
March 11, 2011

- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall not be employed in any fiduciary positions.
- (**X**) Any employment for the defendant shall be approved in advance by the supervising probation officer and his employer(s), including, but not limited to, full-time, part-time, temporary, and contract employers.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) Defendant shall pay any **special assessment, restitution, and/or fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$300.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution** to the victims in the amounts indicated in the presentence investigation report as corrected by the Government's objections to include those corrections with are included in the addendum to the presentence investigation report.

Page Four
09-CR-00387-PAB-02
March 11, 2011

**ORDERED:**  Restitution shall be made jointly and severally with:

    Cedric Lipsey     Case No. 09-CR-00387-PAB-01
    David Vukovinsky  Case No. 10-CR-00363-PAB-01

**ORDERED:**  Interest on restitution is **WAIVED.**

**ORDERED:**  Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.

**ORDERED:**  Defendant may surrender voluntarily as follows: Report to the designated institution on or before **May 9, 2011.**

**ORDERED:**  Government's Motion to Dismiss Counts Against Defendant Philip A. Martinez (Doc #192), filed 3/11/11, is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED**:  Bond is continued.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**2:07 p.m.**    **COURT IN RECESS**

**Total in court time:**    34 minutes

**Hearing concluded**